UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

       Plaintiff,             Case No. 1:16–cv–01094–GJQ–PJG

v.             Hon. Gordon J. Quist

EDWARD MCBROOM, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Dismiss/Failure to State a Claim – #23<br>Motion to Dismiss/Lack of Jurisdiction – #43<br>Motion to Dismiss – #45 |
| Date/Time: | January 25, 2018   02:00 PM |
| Judge: | Gordon J. Quist |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                      GORDON J. QUIST
                      United States District Judge

Dated:  December 22, 2017      By:   /s/ Jane M. Tepper
                                            Judicial Assistant