UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

       Plaintiff,                        Case No. 1:16–cv–01094–GJQ–PJG

v.                                    Hon. Gordon J. Quist

EDWARD MCBROOM, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Dismiss/Failure to State a Claim – #23<br>Motion to Dismiss/Lack of Jurisdiction – #43<br>Motion to Dismiss – #45 |
| Date/Time: | March 5, 2018   02:00 PM<br>*(previously set for 1/29/2018)* |
| Judge: | Gordon J. Quist |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                                  GORDON J. QUIST
                                                  United States District Judge

Dated:  January 24, 2018        By:   /s/ Jane M. Tepper_____
                                              Judicial Assistant