UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CINDY GAMRAT,

    Plaintiff,

v.

KEITH ALLARD, in his
individual capacity, et al.,

    Defendants.

_____/

Case No.  1:16-CV-1094

HON. GORDON J. QUIST

## ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL BRIEF

On January 22, 2018, Plaintiff filed a supplemental brief in support of her response to Defendants' motions to dismiss.  Western District of Michigan Local Rule 7.2(c), governing dispositive motions, permits an opening brief by the movant, a response by the non-movant, and a reply by the movant.  No further briefing is authorized.  Plaintiff filed her supplemental brief without leave from this Court or authorization under the local rules.  Therefore,

**IT IS HEREBY ORDERED** that the Clerk shall **strike and remove** Plaintiff's supplemental brief (ECF No. 54) from the docket.

Dated:  January 24, 2018

          /s/ Gordon J. Quist
      GORDON J. QUIST
UNITED STATES DISTRICT JUDGE