UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

      Plaintiff,

v.

KEITH ALLARD; in his individual capacity;
BENJAMIN GRAHAM; in his individual capacity;
JOSHUA CLINE; in his individual capacity;
JOSEPH GAMRAT; MICHIGAN HOUSE OF
REPRESENTATIVES; KEVIN G. COTTER, in
his is individual capacity; TIM L. BOWLIN, in his
individual capacity; BROCK SWARTZLE in his
individual capacity; NORM SAARI, in his
individual capacity; EDWARD McBROOM, in his
individual capacity; HASSAN BEYDOUN, in his
individual capacity; DAVID HORR; and
VINCENT KRELL,

      Defendants.

Case No. 1:16-cv-1094

HON. GORDON J. QUIST

**Plaintiff's Motion for Leave to File
Supplemental Brief with Newly-
Acquired Evidence**

---

Tyler E. Osburn (P77829)
Schenk Boncher & Rypma
Attorneys for Defendant Cindy Gamrat
601 Three Mile Road NW
Grand Rapids, MI 49544
616-647-8277

Cameron Evans (P47276)
Evans Law Group, P.C.
Attorney for Defendant Norm Saari
950 W. University Drive, Suite 102
Rochester, MI 48307
(248) 468-1485

Gary Gordon (P26290)
Jason T. Hanselman (P61813)
Dykema Gossett PLLC
Attorneys for Defendants Michigan House of
Representatives, McBroom, Bowlin, Cotter,
Swartzle, and Beydoun
Capitol View
201 Townsend St., Ste. 900
Lansing, MI 48933
(517) 374-9100

H. Rhett Pinsky (P18920)
Sarah Riley Howard (P58531)
Pinsky, Smith, Fayette & Kennedy, LLP
Attorneys for Defendants Keith Allard and Benjamin
Graham
146 Monroe Center St NW, Suite 805
Grand Rapids, MI 49503
(616) 451-8496

---

**EXPEDITED CONSIDERATION REQUESTED**

Plaintiff Cindy Gamrat, by and through her attorneys Schenk, Boncher & Rypma, hereby brings this Motion for Leave to File Supplemental Brief with Newly-Acquired Evidence. Gamrat also requests that this Court grant her request for expedited consideration, as the evidence was uncovered recently and the hearing in this matter is scheduled for March 5, 2018. Therefore, the relief requested in this motion will be rendered moot before it is briefed in accordance with the briefing schedules set forth in the Federal Rules of Civil Procedure and the Local Rules of Practice and Procedure in the United States District Court for the Western District of Michigan.

Pursuant to W.D. Mich. Local Rule 7.1(d), on February 21, 2018, the undersigned sent an email to counsel for the Defendants whose motions to dismiss are currently pending in this Court requesting concurrence in this motion. Said concurrence was granted by attorney Sarah Riley Howard on behalf of her clients, Defendants Allard and Graham, but attorneys Gary Gordon and Cameron Evans would not grant concurrence on behalf of their respective clients.

For the reasons set forth more clearly in the attached brief in support, Gamrat respectfully requests that this Court grant her Motion for Leave to File Supplemental Brief with Newly-Acquired Evidence, accept the supplemental brief for filing and consideration before the hearing on Defendants' motions to dismiss, and ultimately deny Defendants' motions at the hearing on March 5, 2018.

Respectfully Submitted,

SCHENK, BONCHER & RYPMA

Dated: February 22, 2018          By:      /s/ Tyler E. Osburn
                                           Tyler E. Osburn (P77829)
                                           Attorney for Plaintiff
                                           601 Three Mile Road NW
                                           Grand Rapids, MI 49544
                                           (616) 647-8277

s:\clients\gamrat - bauer\usdc  16-1094\motion for leave to file supplemental brief - motion.docx