UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

       Plaintiff,                                     Case No. 1:16–cv–01094–GJQ–PJG

v.                                              Hon. Gordon J. Quist

EDWARD MCBROOM, et al.,

       Defendants.
_____/

## **ORDER**

Plaintiff's Motion For Leave To File (ECF No. 58) is GRANTED.

IT IS SO ORDERED.

Dated:  March 2, 2018                            /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                               United States District Judge