UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION**:   *Cindy Gamrat v. Keith Allard, et al.*

**Case No.**    1:16-CV-1094
**Date:**       March 5, 2018
**Time:**       2:00 - 3:30  PM

**APPEARANCES**:

For Plaintiff:  **Tyler E. Osburn**

For Defendants Michigan House of Representatives, McBroom, Bowlin, Cotter, Swartzle, and Beydoun: **Gary P. Gordon, Kyle M. Asher**

For Defendant Saari: **Cameron Evans**

For Defendants Allard and Graham:  **Sarah Riley Howard, H. Rhett Pinsky**

**NATURE OF HEARING:**

Oral argument on Defendants' motions to dismiss. Motions taken under advisement.

Court Reporter: Glenda Trexler                    Courtroom Clerk:  P. Henderson