# 2

# Tyler Osburn

**From:** David Horr <dhorr85097@aol.com>
**Sent:** Friday, May 04, 2018 2:16 PM
**To:** Tyler Osburn
**Subject:** Re: May 10 Meeting

Thank you so much for the response and for the attachment re: Rule 16 conference. I do not recall receiving this and will confirm once home as I have every piece of mail regarding this and all cases I've received from the court(s) chronologically filed in my office. I left a message with Judge Quist via his phone and chambers numbers listed on the web (US District Court Western Division). I am awaiting their response.
Respectfully,

David

Sent from my iPhone

> On May 4, 2018, at 1:35 PM, Tyler Osburn <tosburn@schenkboncher.com> wrote:
>
> David,
>
> The Rule 16 conference was set by the judge and is scheduled for May 10 at 11:00 a.m. I have attached a copy of the order, which was dated March 22, 2018 and was mailed to you by the court on March 23, 2018. You will have to contact the judge's office to see about an adjournment.
>
> As for the joint status report, that has to be filed by Monday. As long as I get your approval by then, that would be fine. Thanks.
>
>
> Tyler E. Osburn
> Attorney
> Schenk Boncher & Rypma
> 601 Three Mile Rd. NW
> Grand Rapids, MI 49544
> Phone: (616) 647-8277
> Fax: (616) 647-0958
> www.schenkboncher.com
>
>
> -----Original Message-----
> From: David [mailto:daves99gt@aol.com]
> Sent: Friday, May 04, 2018 12:29 PM
> To: Tyler Osburn
> Subject: May 10 Meeting
>
>
> Am I required to attend? If so it's a scheduling conflict as it's 3 hours away with 6 days notice. It will need to be rescheduled unless I'm excused. Please confirm.

1

> I'll review the rest this evening. If need be I'll consult a few friends and proceed accordingly. Thank you Tyler.
>
> Sent from my iPhone
>
> [https://www.mail-signatures.com/articles/wp-content/themes/emailsignatures/images/facebook-35x35.gif]   Visit us on Facebook!
>
> <https://www.facebook.com/SchenkBoncherRypma/>Confidentiality Notice:
> This email message and any attachments are solely for the confidential
> use of the intended recipient. If you are not the intended recipient,
> please do not read this message or any attachments, and please do not
> distribute or act in reliance on this message. If you have received
> this message by mistake, please notify us immediately by return e-mail
> and promptly delete this message and any attachments from your
> computer system. The attorney-client and work product privileges are
> not waived by the transmission of this message. Schenk, Boncher &
> Rypma, PC. Disclosure under Treasury Circular 230: The United States
> Federal tax advice, if any, contained in this document and its
> attachments may not be used or referred to in the promoting, marketing
> or recommending of any entity, investment plan or arrangement, nor is
> such advice intended or written to be used, and may not be used, by a
> taxpayer for the purpose of avoiding Federal tax penalties <Order
> Setting Rule 16 Conf.pdf>

# Tyler Osburn

**From:** David Horr <dhorr85097@aol.com>
**Sent:** Monday, May 07, 2018 10:05 AM
**To:** Tyler Osburn
**Cc:** Brian Weiss
**Subject:** Re: Joint Status Report - Gamrat v Allard et al

As I emailed you Friday, I have issues with it. Per your request, I have reviewed this in detail. Per your request I DO have questions and/or concerns. I never received notification of the Rule 16 conference until you emailed it to me late Friday, May 4. The order setting the conference stipulates "At least 7 days before the Rule 16 conference, counsel shall meet to discuss..." Friday was 6 calendar days before and only 4 business days before the scheduled conference. If it was set on March 22, why wait so long? I can't prepare anything in 4 days and certainly can't schedule a 3-hour commute, my work schedule prohibits it. I never received the document (Rule 16 conference) dated March 22 from the court until you sent it May 4. I've never been contacted, personally, with regard to settlement negotiations, etc. I'd like to have a face-to-face, logistically it may be tough though. Per the order; Case Manager: Any questions concerning the order or scheduling conference should be directed to Jane M. Tepper (616)456-2253. I have contacted Judge Quist's chambers and office at that number 3 times, with no return call, yet. I understand that today, May 7 is your timeline to get the joint status report efiled. I simply can't authorize you to electronically sign my name in order to submit it. The timeline stipulated wasn't met and I only had 4 days notice based on your email notifying me of such, as I explained in detail on my message to the judge. I hope to resolve this quickly and assume you'd like to do so as well. I'm sure we all want quick resolution and am looking forward to working with you to accomplish that. I am unavailable today. If necessary you'll have file to adjourn/reschedule. If need be, call my cell and leave a message and I'll respond as soon as I have coverage (power out most of the weekend, Internet down, etc. due to the winds on Friday afternoon).
Respectfully,

David K. Horr


Sent from my iPhone

On May 4, 2018, at 11:41 AM, Tyler Osburn <tosburn@schenkboncher.com> wrote:

> David:
>
> I have attached the draft joint status report for your review. Please take a look at it and let me know if you have any questions or concerns. If not, let me know via email that I have your approval to sign on your behalf and file with the court. Thanks.
>
> 
>
> ## Schenk Boncher & Rypma
>
> Tyler E. Osburn
> Attorney
> Schenk Boncher & Rypma
> 601 Three Mile Rd. NW
> Grand Rapids, MI 49544
> Phone: (616) 647-8277
> Fax: (616) 647-0958

1

www.schenkboncher.com

Visit us on Facebook!

Confidentiality Notice: This email message and any attachments are solely for the confidential use of the intended recipient. If you are not the intended recipient, please do not read this message or any attachments, and please do not distribute or act in reliance on this message. If you have received this message by mistake, please notify us immediately by return e-mail and promptly delete this message and any attachments from your computer system. The attorney-client and work product privileges are not waived by the transmission of this message. Schenk, Boncher & Rypma, PC. Disclosure under Treasury Circular 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties

<Joint Status Report 20180501.docx>