UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

       Plaintiff,                        Case No. 1:16−cv−01094−PJG

  v.                                      Hon. Robert J. Jonker

EDWARD MCBROOM, et al.,

       Defendants.
_____/

## ORDER OF REFERENCE

      Review of the Joint Status Report filed with this Court on May 7, 2018, reveals the parties in this case have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgment.   Therefore,

      IT IS ORDERED that this case be referred to Phillip J. Green, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing agreement of counsel.   Any appeal shall be taken to the United States Court of Appeals for this circuit, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).

      IT IS SO ORDERED.


Dated:  May 8, 2018                /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                        United States District Judge