# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:16-cv-01094 | 5/10/2018 | 2:54 - 3:43 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Gamrat v. Cline et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Tyler Ernest Osburn | Plaintiff |
| Mark Dundon | Defendant Joshua Cline |
| Brian E. Weiss | Defendant Joseph Gamrat |
| Pro Per (By Telephone) | Defendant David Horr |

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held; CMO to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema