UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CINDY GAMRAT,

       Plaintiff,                              Hon. Phillip J. Green

v.                                       Case No. 1:16-cv-01094-PJG

JOSHUA CLINE, et al.,

       Defendants,

_____/

## ORDER

This matter is before the Court on Plaintiff's motion to extend deadline to file motion to amend pleadings. (ECF No. 87). The Court being fully advised in the premises, the motion is **GRANTED**.

       **IT IS SO ORDERED**.

Date: July 13, 2018

                                    /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge