## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

1.  Case Name:    Cindy Gamrat v Keith Allard, et al

2.  Case Number: 1:16-cv-1094

3.  What documents were served?          Defendant Joseph Gamrat's First Set of
                                         Interrogatories and Requests for Production of
                                         Documents to Plaintiff

4.  How was the document served?

    __✗__  Placed in U.S. Mail

    _____  Hand-Delivered

    _____  Sent for delivery (e.g., FedEx, UPS)

    _____  Sent by fax (if the other party has agreed to accept service by fax)

5.  Who did you send the document to?

    Tyler E. Osburn
    Schenk Boncher & Rypma
    601 Three Mile Road NW
    Grand Rapids, Michigan 49544

    Brian T. Dailey
    Dailey Law Firm
    36700 Woodward Avenue, Suite 107
    Bloomfield Hills, Michigan 48304

    David Horr
    821 Sanborn Street
    Port Huron, Michigan 48060

6.  When were documents sent?          July 19, 2018

7.  Who served the documents?          Deanna K. Polomcak
                                       Legal Assistant
                                       5659 Stadium Drive
                                       Kalamazoo, Michigan 49009

**VLACHOS &
VLACHOS, P.C.**
ATTORNEYS AT LAW

5659 STADIUM DRIVE
KALAMAZOO,
MICHIGAN 49009-1932

(269) 375-6646

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _____

Name:      Deanna K. Polomcak

Address:   Vlachos & Vlachos, P.C.
           5659 Stadium Drive
           Kalamazoo, Michigan 49009

VLACHOS &
VLACHOS, P.C.
ATTORNEYS AT LAW

5659 STADIUM DRIVE
KALAMAZOO,
MICHIGAN 49009-1932

(269) 375-6646