To:    US District Court Western District of Michigan Southern Division
Attn.: Clerk
From: David K. Horr
Re:    Case 1:16-cv-01094-GJQ-PJG
Date: October 30, 2018

**FILED - GR**
November 1, 2018 11:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / _____ SCANNED BY: _____

Enclosed please find several documents associated with the case with regard to my contact and attempted contact with the plaintiff's attorney of record. I'd like these added to the case file simply as reference and documentation if that is possible. Thank you so much in advance.

Respectfully,

David K. Horr

Hall
421 Sanford St.
Prt Huron, MI
48060

METROPLEX MI 480
30 OCT 2018 PM 9 L



US District Court
Western District of Michigan
Southern Division
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503
*Attn. Clerk*

49503-231799