UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION**:   *Cindy Gamrat v. Joshua Cline & David Horr*

**Case No.**   1:16-CV-1094
**Date:**   June 25, 2019
**Time:**   2:00 - 2:45 PM

**APPEARANCES**:

| | |
|---|---|
| For the Plaintiff: | Tyler Osborn |
| For Defendant Cline: | Mark Dundon |
| For Dismissed Defendants: | Gary Gordon (Kevin Cotter) |
| | Sarah Howard, Rhett Pinsky (Keith Allard & Benjamin Graham) |
| | Kevin Majewski (Norm Saari & Brock Swartzle) |

**NATURE OF HEARING:**

Oral argument on Defendant Cline's Motion to Dismiss (ECF No. 131), Plaintiff's Motion for Relief from Judgment (ECF No. 138), and Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 146).

Courtroom Clerk:   L. Resendiz                              Court Reporter:   P. Brandell