UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY GAMRAT,

    Plaintiff,

v.                                        Case No. 1:16-CV-1094

JOSHUA CLINE and DAVID HORR,        HON. GORDON J. QUIST

    Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant Joshua Cline's Motion for Judgment on the Pleadings[1] (ECF No. 131) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief from Judgment (ECF No. 138) and Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 146) are **denied.**

**IT IS FURTHER ORDERED** that this case will continue only as to Plaintiff's claims against Defendant David Horr.

Dated: July 11, 2019                                    /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Defendant Cline titled his dispositive motion "Defendant Cline's Motion to Dismiss the Amended Complaint." However, as set forth in the accompanying Opinion, Defendant Cline's motion is properly analyzed as a Motion for Judgment on the Pleadings.